Robert L. Carey, OSB No. 871860
Direct Telephone: 503-802-2032
Direct Facsimile: 503-972-3732
Email: bob.carey@tonkon.com
Christopher J. Pallanch, OSB No. 075864
Direct Telephone: 503.802.2104
Direct Facsimile: 503.972.3804
Email: christopher.pallanch@tonkon.com
Michael Willes, OSB No. 141806
Direct Telephone: 503.802.5737
Direct Facsimile: 503.274.8779
Email: michael.willes@tonkon.com
Megan Houlihan, OSB No. 161273
Direct Telephone: 503.802.2184
Direct Facsimile: 503.274.8779
Email: meg.houlihan@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

*Attorneys for Defendant Sprinklr, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

OPAL LABS INC., an Oregon corporation,

Plaintiff,

v.

SPRINKLR, INC., a Delaware corporation; and PAUL HERMAN, an individual,

Defendants.

Civil No. 3:18-CV-01192-HZ

**JOINT PROPOSED PROTECTIVE ORDER GOVERNING SOFTWARE INSPECTIONS**

Sprinklr, Inc. and Opal Labs Inc. submit the following joint proposed protective order following the Court's April 17, 2019, minutes of proceedings (dkt. #46).

**Scope of Inspection**

1. Each party shall produce for inspection, at the agreed upon date and time, all available and relevant software iterations it marketed and licensed between 2013 and 2018. To the extent possible, each iteration shall be identified by the month and year that the producing party made the software publicly available and by the corresponding internal version number and/or tag.

2. At the time of inspection, the requesting party shall be able to view and search the producing party's software. The requesting party shall not pose any substantive questions to the producing party's representatives.

**Place of Inspection**

3. The inspection of Opal's software shall take place in a secure inspection room at a mutually agreeable date and time.

4. The inspection of Sprinklr's software shall take place in a secure inspection room at a mutually agreeable date and time.

5. Each inspection shall take place on a secured computer without internet access or network access to other computers, unless required for the functionality of the program.

6. Each party shall have a functional test environment available for use in the inspection.

**Attendees**

7. Subject to paragraph 12 below, up to four representatives acting on behalf of each party, including any experts, may attend the inspection of the other party's software. Additionally, the producing party must make available at least one trained employee who will facilitate viewing of that party's software.

8. All persons attending the software inspection must sign in on an attendance sheet that identifies the individual and the party he/she represents. Business cards will also be collected. A copy of the attendance sheet and of the business cards will be provided

to all persons attending the software inspection.

9. No person may bring an electronic device (including cellphones, laptops, ipads, etc.) into the inspection room, with the exception of the authorized recording device described in paragraph 10.

**Authorized Recording**

10. The inspection shall be recorded using a single authorized video and audio recording device.

11. Subject to paragraph 12 below, a copy of the video and audio recording shall be made available to both parties immediately following the software inspection.

12. The inspection, including the video and audio recording obtained in the course of the software inspection, shall be considered and designated "Attorney Eyes Only" pursuant to the protective order entered in this case.

**Objections**

13. Objections that arise during the software inspection should be made to the attending parties verbally. The objections must be stated concisely and in a non-argumentative and non-suggestive manner. Although the objection will be noted, the inspection will proceed except as necessary to preserve attorney-client privilege, to enforce a limitation ordered by the court, or to present a motion to terminate or limit on the ground that the inspection is being conducted in bad faith or in a manner that unreasonably annoys, embarrasses, oppresses, or prejudices the producing party.

DATED this 22nd day of April, 2019.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By *s/ Christopher J. Pallanch*
Robert L. Carey, OSB No. 871860
Christopher J. Pallanch, OSB No. 075864
Michael Willes, OSB No. 141806
Megan Houlihan, OSB No. 161273
*Attorneys for Defendant Sprinklr, Inc*

MARKOWITZ HERBOLD PC

By *s/ Stanton R. Gallegos*
Renee E. Rothauge, OSB No. 903712
Chad M. Colton, OSB No. 065774
Adam M. Starr, OSB No. 125393
Stanton R. Gallegos, OSB No. 160091
*Attorneys for Plaintiff Opal Labs Inc.*

**IT IS SO ORDERED**

**DATED:** 5/1/19

Marco Hernandez
HON. MARCO HERNANDEZ
United States District Judge

039420/00001/9953347v2