IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OPAL LABS, INC., an Oregon Corporation,

Plaintiff,

v.

SPRINKLR, INC., a Delaware Corporation,

Defendant.

Case No. 3:18-cv-01192-HZ

ORDER APPOINTING SPECIAL MASTER

MARCO A. HERNÁNDEZ, District Judge.

After conferring with the parties and receiving their consent to the appointment of a Special Master, pursuant to Rule 53 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED:

1. The Court appoints the Hon. Henry Kantor, Multnomah County Circuit Senior Judge, as a Special Master for the purpose of managing and supervising discovery and resolving discovery disputes in this action, including disputes concerning electronically stored information, inspections of the parties' software programs, and all other matters related to the parties' discovery obligations. The term of the Special Master's appointment will continue until the close of discovery in this case or such later time as the Court orders.

2. The Court accepts and approves the Special Master's declaration filed on December 2, 2019, pursuant to Rule 53(b)(3)(A) of the Federal Rules of Civil Procedure.

3. Subject to the supervision of this Court, the Special Master shall have discretion to determine the procedures for resolution of all assigned matters and shall have the authority to take all measures to perform the assigned duties fairly and efficiently. The Special Master may, by order, impose any non-contempt sanction provided by Rule 37 of the Federal Rules of Civil Procedure and may recommend to the Court a contempt sanction, if appropriate.

4. The Special Master shall have access to the District of Oregon's electronic court files in this matter, including all documents filed under seal in this case. Copies of any relevant and necessary documents may be provided to the Special Master by any party or by the Court, including documents submitted to the Special Master for *in camera* review.

5. All communications between the parties, their counsel, and the Special Master that are not filed with the court are confidential and privileged unless otherwise ordered by the Court. Absent a prior agreement made in writing, signed by the parties, and specifying the agreed-upon terms, conditions, and limitations, the parties and their counsel shall not engage in any substantive *ex parte* discussions with the Special Master, and the Special Master shall not engage in any substantive *ex parte* discussions with any party or their counsel. The Special Master, however, may engage in substantive *ex parte* discussions with the Court as needed and as may be appropriate.

6. Any party may seek review of any order, ruling, or decision of the Special Master in accordance with the procedures set forth in Rule 53(f) of the Federal Rules of Civil Procedure.

7. The Special Master shall be paid $550 per hour for work performed under this Order and shall be reimbursed for all reasonable expenses incurred relating to this matter. The Special Master may bill the parties on a monthly basis for fees and expenses. The parties shall promptly pay the Special Master's bills, with Plaintiff and Defendant responsible for paying fifty

percent each of the total bill. At the conclusion of the litigation, the Court may determine whether any of the amounts paid to the Special Master should be reallocated as may be fair and appropriate. The Special Master may recommend to the Court reallocation for any reasonable ground.

8. The Special Master shall file with the Clerk of the Court for the District of Oregon or the Courtroom Deputy, as the Clerk's designee in this matter, an initial report within thirty days of the date of this order and periodic status reports once every two months after the initial report that describe the status of this assignment and the Special Master's work. The Special Master shall file a final report with the Court upon the conclusion of this assignment.

9. Pursuant to Rule 53(b)(2)(E), this Order may be amended at any time after notice to the parties and an opportunity to be heard.

10. In connection with this case, the Special Master shall be subject to the Code of Conduct for United States Judges and shall possess the same immunities and protections from liability as a judge of this Court.

11. The Special Master is directed to proceed with all reasonable diligence to complete the tasks assigned by this Order. The Special Master shall promptly convene a conference of counsel, by telephone or otherwise, as the Special Master shall direct, and set a discovery schedule that the parties are to adhere to unless it is modified by the Special Master. The Special Master will conduct routine hearings with the parties and may decide when and how to conduct those hearings, including the location and whether the parties must attend in person or may appear telephonically. The Special Master must notify the Courtroom Deputy of the date, time, and location of each hearing or conference of counsel.

12. The parties are to notify the Special Master and all counsel of record promptly via the email address listed in CM/ECF when a discovery dispute arises and provide a brief summary of the dispute and each party's position. The Special Master may use his discretion to determine if a hearing or conference of counsel is necessary to resolve the dispute. The Special Master will resolve all outstanding and future discovery disputes between the parties except Defendant's Motion to Compel [82], which the Court has taken under advisement.

IT IS SO ORDERED.

DATED: December 4, 2019.

Marco Hernández

MARCO A. HERNÁNDEZ
United States District Judge