**Daniel J. DiCicco, OSB #073730**
dan@diciccolegal.com
DICICCO LEGAL
205 SE Spokane St., Suite 300
Portland, OR  97202
Telephone:  (503) 967-3996
Fax:  (503) 926-910

    Attorney for Plaintiff Opal Labs Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OPAL LABS INC.**, an Oregon corporation, | Case No. 3:18-cv-01192-HZ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| **SPRINKLR, INC.**, a Delaware corporation, | |
| Defendant. | |

    PLEASE TAKE NOTICE that plaintiff Opal Labs Inc. hereby enters the appearance of Daniel J. DiCicco as counsel in this action and requests that service of all papers and pleadings herein be made upon the undersigned attorney at his offices stated below.  Mr. DiCicco's contact information is as follows:

    <u>U.S. Mail or Overnight Delivery Service:</u>

    DiCicco Legal
    205 SE Spokane St., Suite 300
    Portland, OR  97202

    <u>Telephone:</u>
    (503) 967-3996

    <u>Facsimile:</u>
    (503) 926-910

Page 1 -   NOTICE OF APPEARANCE

Electronic Mail:
dan@diciccolegal.com

DATED this 5th day of February, 2020.

                    DICICCO LEGAL

By:   s/ Daniel DiCicco
       Daniel J. DiCicco, OSB #073730
       dan@diciccolegal.com
       Attorney for Plaintiff Opal Labs Inc.

**Page 2 -**   NOTICE OF APPEARANCE