IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OPAL LABS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPRINKLR, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:18-cv-01192-HZ<br><br>SPECIAL MASTER REPORT<br>(August 2020) |

Special Master Henry Kantor respectfully submits this report to the Court as directed.

My last report was on April 30, 2020. I did not submit a regular two-month report on June 30 – I have no explanation for this except that, in hindsight, it does not seem to have been necessary in light of the hearing held on July 15 during which counsel provided helpful status reports to the Court.

Since my last report, the parties completed their briefing on several motions. I held a hearing via Zoom on May 6 which led to the issuance on May 25 of the Special Master Order Regarding Attorney Eyes Only Designation (ECF 151). I held a hearing via Zoom on May 20 which led to the issuance on June 8 of the Special Master Orders Regarding Motions to Compel and to Quash/Stay/Protective Order (ECF 156). During the latter hearing, counsel and I also

discussed and resolved some disputes regarding software platform inspections, which led to the submission on May 29 of the Stipulated Motion for Order on Software Inspection Protocol for Legacy Platforms (ECF 152).

During this period, the parties also briefed a motion to modify part of my prior orders. I virtually attended this Court's hearing on July 15 dealing with that motion as well as prior motions for partial summary judgment.

Through email after the July 15 hearing, counsel and I established a protocol for determining and resolving remaining discovery issues. I directed that counsel submit two reports:

> **Report 1** should set out the status of every pending uncompleted discovery request (including requests for production or inspection, interrogatories and depositions) made by each party, one section for each side. This should include at least the following information:
>
> Type of request
> Date of request
> Status (including any further need for conferral or my involvement)
> Expected date of completion
> Guaranteed date of completion
>
> If there are differences between you, set out both sides' positions.
>
> **Report 2** should include any additional discovery which you expect to request to prepare for trial, one section for each side. This should include at least the following information:
>
> Nature of request
> Date by which the request will be made
> Likely or possible need for my involvement

Report 1 was submitted to me by July 31. Report 2 was submitted to me by August 14.

Following Report 1, the parties and I adopted the following briefing and hearing schedule:

August 31: Sprinklr submits opening brief on Sprinklr's reciprocal request to inspect Opal's source code repositories, Sprinklr's Interrogatory No. 21 (there is a pending proposal to narrow this interrogatory, which may avoid Special Master involvement), and Protocol for contacting Opal customers in connection with terms of use (pending discussions may avoid Special Master involvement). This motion has been filed.

September 14: Opal submits opposition.

September 21: Sprinklr may request leave to file a reply before this date. If leave is granted, Sprinklr submits reply.

September 28 at 10 am: I will hold a hearing via Zoom. Counsel should be ready to discuss Report 2 matters and realistic deadlines for the close of discovery and any additional discovery motions.

DATED August 31, 2020.

Henry Kantor

Special Master Henry Kantor